AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
CLERK, U.S. DISTRICT COURT
4/28/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____LM_____ DEPUTY

| United States of America | ) |
| v. | ) |
|  | ) Case No. 5:21-mj-00319 |
|  | ) |
|  | ) |
| Regina BROOMALL | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Regina BROOMALL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Sections 371 and 922(a)(1)(A), conspiracy to deal and dealing firearms without a license

Date: _____

*Issuing officer's signature*

City and state: Fresno, California           The Honorable Erica P. Grosjean, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*