McGREGOR W. SCOTT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

SEALED

FILED
Dec 10, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

5:21-mj-00319

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT EVERSOLE, aka Rage,
EMARIE ORNELAS,
ERIC ROCHLEM,
CODY BROWN,
ANGEL LOPEZ,
REGINA BROOMALL, and
GEOFFREY GUESS,

Defendants.

CASE NO. 1:20-CR-00241-DAD-BAM

21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine and Heroin; 18 U.S.C. §§ 371, 922(a)(1)(A) – Conspiracy to Deal Firearms Without a License; 18 U.S.C. § 922(a)(1)(A) – Dealing Firearms without a License; 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm (2 counts); 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Heroin; 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) – Distribution of Heroin; and 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture

# I N D I C T M E N T

COUNT ONE: 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A) – Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine and Heroin

The Grand Jury further charges: T H A T

ROBERT EVERSOLE, EMARIE ORNELAS, AND ANGEL LOPEZ,

defendants herein, between on or about March 21, 2020, and continuing through on or about March 27, 2020, in the County of Kern, State and Eastern District of California, the Central District of California, and elsewhere, did knowingly and intentionally conspire and agree with each other and with persons known and unknown to the Grand Jury to distribute and to possess with intent to distribute at least 50

grams of methamphetamine (actual), and 500 grams or more of a mixture or substance containing methamphetamine, a Schedule II Controlled Substance, and a quantity of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) & (b)(1)(A).

COUNT TWO: 18 U.S.C. §§ 371, 922(a)(1)(A) – Conspiracy to Deal Firearms without a License

The Grand Jury charges: T H A T

ROBERT EVERSOLE, REGINA BROOMALL, ERIC ROCHLEM, and GEOFFREY GUESS,

beginning on a date uncertain, but no later than on or about March 6, 2020, and continuing through on or about August 7, 2020, in Kern County, State and Eastern District of California, the Central District of California, and elsewhere, did knowingly conspire with persons known and unknown to the Grand Jury to willfully engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A).

In furtherance of the conspiracy and to accomplish its objects, the defendants committed and caused to be committed the following overt acts, among others, in the State and Eastern District of California and elsewhere:

(a) On or about the dates listed below, ROCHLEM, BROOMALL, and GUESS sold the following firearms, at the direction of EVERSOLE, to an undercover agent ("UC") or confidential source ("CS") from the Bureau of Alcohol, Tobacco, and Firearms ("ATF"):

| No. | Date Sold | Make. Model, and Serial Number | Amount | Seller |
|---|---|---|---|---|
| 1 | April 29, 2020 | Unknown model, unknown make, .223 caliber pistol, unknown serial number | $3800 | BROOMALL and ROCHLEM |
| 2 | April 29, 2020 | Unknown model, unknown make, .223 caliber pistol, unknown serial number | | |
| 3 | June 12, 2020 | Radical Firearms LLC (AR-15 type rifle) model RF-15, serial number RD08023 | $4000 | BROOMALL and GUESS |
| 4 | June 12, 2020 | Canik55 model TP-9 Elite SC 9mm pistol serial number 20CB04401 | | |
| 5 | June 12, 2020 | Taurus PT111G2A 9mm pistol serial number ABD501012 | | |
| 6 | June 12, 2020 | Taurus PT111G2A 9mm pistol serial number ABD526425 | | |

(b) On or about the dates listed below, other members of the conspiracy, Co-Conspirator 1 and Co-Conspirator 2, sold the following firearms, at the direction of EVERSOLE, to a confidential source ("CS") from the Bureau of Alcohol, Tobacco, and Firearms ("ATF"):

| No. | Date Sold | Make, Model, and Serial Number | Amount | How Obtained by Law Enforcement |
|---|---|---|---|---|
| 7 | March 13, 2020 | Remington, Model 870, 12 gauge shotgun, serial number RS70324E | $500 | CS purchase from Co-Conspirator 1 |
| 8 | August 6, 2020 | Companhia Braziliera de Cartuchos Model 715T .22 caliber rifle, serial number ELF3410209 | $4500 | CS purchase from Co-Conspirator 2 |
| 9 | August 6, 2020 | American Tactical Imports Model Mil-Sport multi-caliber rifle, serial number MSA021038 | | |
| 10 | August 6, 2020 | HiPoint Model C9 9mm pistol, serial number P1516162 | | |
| 11 | August 6, 2020 | Century International Arms Model M70B1 7.62x39mm rifle, serial number M70B01115 | | |

At no time did defendants ROBERT EVERSOLE, REGINA BROOMALL, ERIC ROCHLEM, GEOFFREY GUESS, Co-Conspirator 1, Co-Conspirator 2, or any other known co-conspirators, have a license to engage in the business of dealing firearms under federal law.

All in violation of Title 18, United States Code, Section 371.

COUNT THREE: 18 U.S.C. § 922(a)(1)(A) – Dealing Firearms without a License

The Grand Jury further charges: T H A T

ROBERT EVERSOLE,

defendant herein, beginning on or about a date uncertain, but no later than on or about March 6, 2020, and continuing through on or about August 7, 2020, in Kern County, State and Eastern District of California, did knowingly engage in the business of dealing firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A).

COUNT FOUR: 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm

The Grand Jury charges: T H A T

GEOFFREY GUESS,

defendant herein, on or about June 11, 2020, in the County of Fresno, State and Eastern District of California, knowing that he been convicted of a crime punishable by a term of imprisonment exceeding one year, that is:

(1) 2015 felony conviction for Assault on an Officer, in violation of California Penal Code Section 245(c);

(2) 2015 felony conviction for Grand Theft, in violation of California Penal Code Section 487; and

(3) 2018 felony conviction for being a Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1).

did knowingly possess a firearm, specifically, a Taurus PT111G2A 9mm pistol serial number ABD526425, a Taurus PT111G2A 9mm pistol serial number ABD501012, a Canik55 model TP-9 Elite SC 9mm pistol serial number 20CB04401, and a Radical Firearms LLC (AR-15 type rifle) model RF-15, serial number RD08023, in and affecting commerce, in that said firearms had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT FIVE: 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm

The Grand Jury charges: T H A T

ROBERT EVERSOLE,

defendant herein, on or about June 11, 2020, in the Counties of Kern and Fresno, State and Eastern District of California, knowing that he been convicted of a crime punishable by a term of imprisonment exceeding one year, that is:

(1) 2005 felony conviction for Robbery, in violation of California Penal Code Section 211;

did knowingly possess a firearm, specifically, a Taurus PT111G2A 9mm pistol serial number ABD526425, a Taurus PT111G2A 9mm pistol serial number ABD501012, a Canik55 model TP-9 Elite SC 9mm pistol serial number 20CB04401, and a Radical Firearms LLC (AR-15 type rifle) model RF-15, serial number RD08023, in and affecting commerce, in that said firearm had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT SIX: 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(B) – Conspiracy to Distribute and to Possess with Intent to Distribute Heroin

The Grand Jury further charges: T H A T

ROBERT EVERSOLE AND CODY BROWN,

defendants herein, between on or about June 25, 2020, and continuing through on or about June 30, 2020, in the County of Kern, State and Eastern District of California, Central District of California, and elsewhere, did knowingly and intentionally conspire and agree with each other and with persons known and unknown to the Grand Jury to distribute and to possess with intent to distribute at least 100 grams or more of a mixture or substance containing heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) & (b)(1)(B).

///

///

COUNT SEVEN: 21 U.S.C. § 841(a)(1) & (b)(1)(B) – Distribution of Heroin

The Grand Jury further charges: T H A T

CODY BROWN,

defendant herein, on or about June 30, 2020, in the County of Kern, State and Eastern District of California, did knowingly and intentionally distribute 100 grams or more of a mixture or substance containing heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B).

FORFEITURE ALLEGATION: 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture

1. Upon conviction of one or more of the offenses alleged in Counts One, Six, and Seven of this Indictment, defendants ROBERT EVERSOLE, EMARIE ORNELAS, ANGEL LOPEZ, AND CODY BROWN, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

a. All right, title, and interest in any and all property involved in violations of Title 21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which defendants are convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

b. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, for which defendants are convicted.

2. Upon conviction of the offenses alleged in Counts Three through Five of this Indictment, defendants ROBERT EVERSOLE and GEOFFREY GUESS shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses.

3. If any property subject to forfeiture, as a result of the offenses alleged in Count One and

Counts Three through Seven of this Indictment, for which defendants are convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

By: KIRK E. SHERRIFF
KIRK E. SHERRIFF
Assistant U.S. Attorney
Chief, Fresno Office